ARMED SERVICES BOARD OF CONTRACT APPEALS

Application Under the Equal Access )
  to Justice Act -- )
)
Air Services, Inc. )    ASBCA No. 59843
)
Under Contract No. W91QV1-12-C-0059 )

APPEARANCES FOR THE APPELLANT:    Donald H. Spence, Jr., Esq.
        Spence & Becker, LLC
        Gaithersburg, MD

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
        Army Chief Trial Attorney
        Frank A. March, Esq.
        Trial Attorney

ORDER OF DISMISSAL

    Appellant filed a timely Equal Access to Justice Act (EAJA) application for an award of fees and expenses. The matter has been settled. The EAJA application is accordingly dismissed with prejudice.

Dated: 6 January 2017

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 59843, Appeal of Air Services, Inc., rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals